The application is denied. Since the Court of Appeal has found that plaintiffs have made out the necessary prima facie case for the issuance of a preliminary injunction; reversed the judgment of the trial court; and remanded the case for further proceedings; the matter is not final, as the question of the issuance of a permanent injunction is still pending before the trial court. The rights of all parties are reserved.

206 So.2d 91

**Howard C. ARNOLD**

v.

**UNITED STATES RUBBER COMPANY.**

No. 49025.

Feb. 2, 1968.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in its judgment.